HORSMAN DOLLS, INC., PLAINTIFF-RESPONDENT, v. UN-
EMPLOYMENT COMPENSATION COMMISSION OF NEW
JERSEY, DEFENDANT-PETITIONER.

See same case below: 9 *N. J. Super.* 101.

*Mr. Charles A. Malloy, Mr. Herman D. Ringle, Mr. Theo-
dore D. Parsons, Mr. Morris M. Schnitzer* and *Mr. Joseph A.
Murphy* for the petitioner.

*Messrs. Bilder, Bilder & Kaufman, Mr. Alexander Budson,
Mr. Samuel Kaufman, Mr. Sanford Freedman* and *Mr. John
M. Kaufman* for the respondent.

November 20, 1950.   Granted.